TINA VELANTZAS v. COLGATE–PALMOLIVE CO., INC.

July 7, 1987.

Petition for certification granted.

JOSE ANDRE AND IRISABELA ANDRE v. UNION TANK
CAR COMPANY, INC.

July 7, 1987.

Petition for certification denied.

RICHARD CIECWISZ v. BOARD OF TRUSTEES, POLICE &
FIREMEN'S RETIREMENT SYSTEM OF NEW JERSEY.

July 7, 1987.

Petition for certification granted.

FRED D. MORGAN v. JOHNS–MANVILLE
SALES CORPORATION.

July 7, 1987.

Petition for certification denied.